82,817-01

Dear Mr. Acosta                                    Dec 23, 2015

   Can you please send me a copy of my 11.07
Writ of Habeas Corpus that you have on file? I
no longer have a copy of it and I wish to refile.
Thank you for your help is this matter.

                        Sincerily,  James Moore

                        James Moore #1854594
                        Wynne Tristee Camp
                        810 FM 2821 West
                        Huntsville, Tx 77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk